IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR _110_ |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| CHARLAYNE ANNETTE CRAWFORD | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 8th day of October, 2008.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE