IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:08CR110**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CHARLAYNE ANNETTE CRAWFORD** ) | |

**THIS MATTER** is before the Court *sua sponte* for recusal and reassignment.

**IT IS, THEREFORE, ORDERED** that the undersigned be recused from this matter, and the Clerk of Court is directed to reassign this case to another judge within this District.

Signed: October 15, 2008

Lacy H. Thornburg
United States District Judge